**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEVEN SMITH,** | : | **CIVIL ACTION NO. 1:05-CV-1729** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **THE MUNICIPALITY OF LYCOMING COUNTY, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 7th day of September, 2005, upon consideration of defendants' motion (Doc. 5) to join in the notice of removal (Doc. 1), as it they had fully executed and filed the notice, it is hereby ORDERED that the motion (Doc. 5) is GRANTED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge