**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEVEN SMITH,** | : | **CIVIL ACTION NO. 1:05-CV-1729** |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **THE MUNICIPALITY OF** | : | |
| **LYCOMING COUNTY, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 2nd day of November 2005, upon consideration of plaintiff's motion for enlargement of time (Doc. 28)[1], to respond to defendants' motions to dismiss the complaint (Docs. 16, 17), so that he may obtain a time-stamped copy of his complaint, and plaintiff's request for video teleconferencing (Doc. 28, p. 4) it is hereby ORDERED that:

1. The motion for enlargement (Doc. 28) is GRANTED.

2. The Clerk of Court shall provide a copy of the complaint (Doc. 1-6), and an updated docket sheet to plaintiff forthwith.

3. Plaintiff shall file a brief in opposition to the motions (Docs. 16, 17) on or before November 20, 2005. Failure to comply with this order may result in the granting of the motions or dismissal of this case for failure to prosecute. See L.R. 7.6 ("Any party opposing any motion shall file a responsive brief. . . .[or] shall be deemed not to oppose such motion);" FED. R. CIV. P. 41(b).

4. Plaintiff's request for video teleconferencing is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Plaintiff's motion is erroneously docketed as a "motion to stay proceedings." (Doc. 28).