IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN SMITH,** | : | CIVIL ACTION NO. 1:05-CV-1729 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **THE MUNICIPALITY OF** | : | |
| **LYCOMING COUNTY**, et al., | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 14th day of June 2006, upon consideration of plaintiff's motion for sanctions (Doc. 45), and defendants' motion to strike plaintiff's motion for sanctions (Doc. 50), and it appearing that plaintiff seeks to sanction the defendants for their failure to comply with an order of court requiring that answers to plaintiff's discovery requests be provided to plaintiff by a date certain, and it further appearing that, despite plaintiff's contention to the contrary, defendants provided the required discovery (Doc. 41, 49-2) in the time frame established by the court, it is hereby ORDERED that:

1. Plaintiff's motion for sanctions (Doc. 45) is DENIED.

2. Defendants' motion to strike (Doc. 50) is DENIED.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge