**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEVEN SMITH,** | : | CIVIL ACTION NO. 1:05-CV-1729 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **THE MUNICIPALITY OF LYCOMING COUNTY, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 7th day of September, 2006, upon consideration of plaintiff's motion to compel (Doc. 58), filed on August 4, 2006, and it appearing that a brief in support of the motion has not been filed as of the date of this order, it is hereby ORDERED that the motion (Doc. 58) is deemed WITHDRAWN. See L.R. 7.5.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge