IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN SMITH,** | : | CIVIL ACTION NO. 1:05-CV-1729 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **THE MUNICIPALITY OF** | : | |
| **LYCOMING COUNTY,** et al., | : | |
| | : | |
| Defendants | : | |

# ORDER

AND NOW, this 27th day of March, 2007, upon consideration of defendants' motion to strike (Doc. 78) plaintiff's motion for summary judgment (Doc. 74), and plaintiff having filed no opposition to that motion, it is hereby ORDERED that:

1. Defendants' motion to strike (Doc. 78) plaintiff's motion for summary judgment is DEEMED unopposed, see L.R. 7.6, and the motion is GRANTED.

2. The motion is STRICKEN except as it relates to defendants Lynch and Poorman.

3. Defendants Lynch and Poorman shall file a brief in opposition to plaintiff's motion (Doc. 74) on or before April 10, 2007, or the motion will be deemed unopposed.  See L.R. 7.6

4. Defendants Lynch and Poorman are further ordered to file a brief in support of their motion for summary judgment  (Doc. 76) on before April 10, 2007, or the motion will be deemed withdrawn.  See L.R. 7.5

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge